John VINCENZI, Petitioner

v.

Robert M. MORGAN and Morgan Company and Selective Insurance, Respondents

No. 146 MAL 2017

Supreme Court of Pennsylvania.

August 8, 2017

## ORDER

PER CURIAM

**AND NOW**, this 8th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.